# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FIFTH CIRCUIT

No. 13-60824
Summary Calendar

United States Court of Appeals
Fifth Circuit

**FILED**

August 22, 2014

Lyle W. Cayce
Clerk

DANIEL JEANTY,

Petitioner

v.

ERIC H. HOLDER, JR., U.S. ATTORNEY GENERAL,

Respondent

Petition for Review of an Order of the
Board of Immigration Appeals
BIA No. A074 176 845

Before JOLLY, BARKSDALE, and OWEN, Circuit Judges.

PER CURIAM:[*]

Proceeding *pro se* and *in forma pauperis*, Daniel Jeanty, a native and citizen of Haiti, petitions for review of an order of the Board of Immigration Appeals dismissing his appeal from the denial of his application for relief under the Convention Against Torture. Jeanty's removal results from his prior state convictions, which were determined to constitute aggravated felonies and crimes involving moral turpitude.

---

[*] Pursuant to 5th Cir. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5th Cir. R. 47.5.4.

No. 13-60824

We lack jurisdiction to review an order of removal if it is based on such convictions, except for any constitutional claims or questions of law. *See* 8 U.S.C. § 1252(a)(2)(C) & (D) (judicial review of orders of removal). We construe liberally a *pro se* appellant's briefs, but Jeanty must present and brief issues to preserve them, or, in this instance, to give the court jurisdiction. *See Yohey v. Collins*, 985 F.2d 222, 224–25 (5th Cir. 1993). Although he purports to present constitutional claims of denial of both due process and equal protection, they are insufficiently briefed, conclusory, and merely an impermissible attempt to cloak his request for discretionary review in "constitutional garb". *See, e.g.*, *Hadwani v. Gonzales,* 445 F.3d 798, 801 (5th Cir. 2006); *Soadjede v. Ashcroft,* 324 F.3d 830, 833 (5th Cir. 2003); *United States v. Pineda,* 988 F.2d 22, 23 (5th Cir. 1993).

DISMISSED.